County Court, Monroe County, February, 1901. Unreported.

In the Matter of the Application of GEORGE W. PECK to Revoke the Liquor Tax Certificate of EMANUEL W. KING.

*Nelson E. Spencer,* for petitioner.

*William J. Baker,* for respondent.

H. SUTHERLAND, Monroe Co., J.:

HELD: That the evidence establishes an unlawful sale of liquor by an agent and employee of the respondent on his premises on Sunday, July 15th, and on Sunday, July 22, 1900, and that the petitioner is entitled to an order revoking and canceling the certificate with costs. Findings may be prepared by counsel for the petitioner, together with the final order, and submitted for settlement on two days' notice to counsel for respondent.